IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| M-I L.L.C. d/b/a M-I SWACO | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | Civil Action No. 4:18-CV-01099 |
| | § | |
| Q'MAX SOLUTIONS, INC., Q'MAX AMERICA INC., SANJIT ROY, AND DAVID WILSON | § § § | |
| | § | |
| *Defendants*. | § | |

CERTIFICATE OF INTERESTED PARTIES
AND DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to the Court's April 9, 2018 Order (Doc. #11) and Federal Rule of Civil Procedure 7.1, Defendants Q'Max Solutions, Inc., Q'Max America Inc., Sanjit Roy, and David Wilson (collectively, "Defendants") hereby file their Certificate of Interested Parties and Rule 7.1 Disclosure Statement.

The undersigned counsel of record states that, to the best of his knowledge, the following is a full and complete list of all persons, partnerships, entities, including parent, subsidiary, and affiliated corporations, that are financially interested in the outcome of this litigation:

1. M-I L.L.C. d/b/a M-I SWACO (Plaintiff). Defendants are not aware of any parent corporation or publicly held corporation owning more than 10% of Plaintiff.

2. Q'Max Solutions, Inc. (Defendant). Neither a parent corporation of Q'Max Solutions, Inc. nor a publicly held corporation that owns more than 10% of Q'Max Solutions, Inc. exists.

3. Q'Max America Inc. (Defendant). Q'Max America Inc. is wholly owned by Q'Max Solutions, Inc.

4. Sanjit Roy (Defendant).

5. David Wilson (Defendant).

Respectfully submitted,

**BOYARMILLER**

By: */s/Chris Hanslik*
    Chris Hanslik
    Texas Bar No. 00793895
    Federal ID No. 19249
    chanslik@boyarmiller.com
    Kirby Grove
    2925 Richmond Avenue, 14th Floor
    Houston, Texas 77027
    Telephone: (713) 850-7766
    Facsimile: (713) 552-1758

*Attorney-In-Charge for Defendants Q'Max Solutions, Inc., Q'Max America Inc., Sanjit Roy, and David Wilson*

OF COUNSEL:

Andrew Pearce
Federal ID No. 919001
State Bar No. 24060400
apearce@boyarmiller.com
Lauren Black
Texas Bar No. 24097767
Federal ID No. 3039945
lblack@boyarmiller.com
Lani Durio
Texas Bar No. 24105828
Federal ID No. 3157570
ldurio@boyarmiller.com
Kirby Grove
2925 Richmond Avenue, 14th Floor
Houston, Texas 77027
Telephone: (713) 850-7766
Facsimile: (713) 552-1758

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure via electronic filing or facsimile on this the 1st day of May, 2018, as follows:

John R. Keville
Michelle C. Replogle
Sheryl Falk
Michael C. Krill
jkeville@winston.com
mreplogle@winston.com
sfalk@winston.com
mkrill@winston.com
WINSTON & STRAWN, LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002

                                              */s/ Lauren Black*
                                              Lauren Black